No. 17,018.

BARNUM NEWS PUBLISHING COMPANY *v.* ELECTRICAL
PRODUCTS CONSOLIDATED.
(260 P. [2d] 607)

Decided August 17, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. J. H. BOUTCHER, for plaintiff in error.

Mr. DUNCAN J. CAMERON, Mr. MARTIN P. MILLER, for
defendant in error.